IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KARLTON A. MAYDWELL,<br>    Plaintiff, | §<br>§<br>§<br>§ | |
| vs. | §<br>§ | CIVIL ACTION NO. 3:19-cv-00051-S |
| CIARA FINANCIAL SERVICES, INC.<br>D/B/A CLAY COOLEY AUTO GROUP,<br>    Defendant. | §<br>§<br>§<br>§<br>§ | |

**NOTICE OF BANKRUPTCY FILING AND IMPOSITION OF AUTOMATIC STAY**

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

PLEASE TAKE NOTICE that on September 4, 2019, Plaintiff Karlton A. Maydwell (the "Debtor") commenced a voluntary case under Chapter 7 of Title 11 the United States Code (11 U.S.C. § 101 et seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas.  The Chapter 7 case is being administered under Case No. 19-32994-sgj7.  A copy of the applicable Debtor's Chapter 7 petition is attached hereto as **Exhibit A**.

PLEASE BE ADVISED that pursuant to Section 362(a) of the Bankruptcy Code (the "Automatic Stay"), the filing of a bankruptcy petition "operates as a stay, applicable to all entities," of, among other things "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case" and "any act to obtain possession of property of the estate or of

property from the estate or to exercise control over property of the estate." 11 U.S.C. § 362(a)(1), (3). Accordingly, the above-captioned matter has been automatically stayed pursuant to Section 362(a) of the Bankruptcy Code.

PLEASE BE FURTHER ADVISED that any action taken against the Debtor without obtaining, from the Bankruptcy Court, relief from the Automatic Stay is void ab initio and may result in a finding of contempt for violation of the Automatic Stay.

Respectfully submitted,

THOMPSON, COE, COUSINS, & IRONS, LLP

By: */s/ Barry A. Moscowitz*
   Barry A. Moscowitz
   State Bar No. 24004830
   Anne-Alise "Ali" Fritsche
   State Bar No. 24090786

700 North Pearl Street, 25th Floor
Dallas, Texas 75201-2832
Telephone:  (214) 871-8200
Fax:             (214) 871-8209
Email:     bmoscowitz@thompsoncoe.com
              afritsche@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT CIARA FINANCIAL SERVICES, INC.**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document has been served upon all counsel of record on the 4th day of October, 2019 by electronic service:

*/s/Anne-Alise "Ali" Fritsche*
Barry A. Moscowitz
Anne-Alise "Ali" Fritsche