**IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **KARLTON A. MAYDWELL,** | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **vs.** | § | |
| | § | **CIVIL ACTION NO. 3:19-cv-00051-S** |
| | § | |
| **CIARA FINANCIAL SERVICES, INC.** | § | |
| **D/B/A CLAY COOLEY AUTO GROUP,** | § | |
| **Defendant.** | § | |
| | § | |

---

**DEFENDANT CIARA FINANCIAL SERVICES, INC.'S UNOPPOSED MOTION FOR
EXTENSION OF DEADLINE TO FILE DISMISSAL DOCUMENTS**

---

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

COMES NOW Defendant Ciara Financial Services, Inc., improperly named Ciara Financial Services Inc. d/b/a Clay Cooley Auto Group (Defendant), and files this Unopposed Motion for Extension of Deadline to File Dismissal Documents respectfully showing the Court as follows:

On September 4, 2019, Plaintiff Karlton A. Maydwell ("Plaintiff") commenced a voluntary case under Chapter 7 of Title 11 the United States Code Following settlement of the case. On October 10, 2019, the Court imposed an automatic stay of Defendant's counterclaims against Plaintiff (Doc. 52).

The parties settled this lawsuit on November 27, 2019. The trustee in Plaintiff's bankruptcy case attended mediation and participated in settlement discussions in the case. On December 3, 2019, the Court issued an Order (Doc. 54) directing the parties to submit their

executed dismissal papers within 60 days of the date of the Order.  The current deadline for the

parties to submit dismissal documents is February 1, 2020.  Following settlement of the case,

Defendant retained bankruptcy counsel to ensure that the settlement comports with the Court's

automatic stay, is made in conformance with Plaintiff's bankruptcy filing, and is approved by the

bankruptcy court.  Defendant's bankruptcy counsel requires additional time to confer with the

trustee to ensure that these measures are met.  Accordingly, Defendant respectfully requests an

extension of the current deadline to file dismissal papers by thirty (30) days.

BASED ON THE FOREGOING, Defendant Ciara Financial Services, Inc., improperly

named Ciara Financial Services Inc. d/b/a Clay Cooley Auto Group, requests that this Unopposed

Motion for Extension of Deadline to File Dismissal Documents be granted that the deadline be

extended by thirty (30) days.

Respectfully submitted,

THOMPSON, COE, COUSINS, & IRONS, LLP

By:*/s/ Anne-Alise "Ali" Fritsche*
    Barry A. Moscowitz
    State Bar No. 24004830
    Anne-Alise "Ali" Fritsche
    State Bar No. 24090786

700 North Pearl Street, 25th Floor
Dallas, Texas 75201-2832
Telephone:  (214) 871-8200
Fax:            (214) 871-8209
Email:     bmoscowitz@thompsoncoe.com
        afritsche@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT CIARA FINANCIAL SERVICES, INC.**

## CERTIFICATE OF CONFERENCE

On January 29, 2020, counsel for Defendant conferred with counsel for Plaintiff regarding this Motion for Extension of Deadline to File Dismissal Documents and counsel is unopposed to the Motion.

> */s/Anne-Alise "Ali" Fritsche*
> Barry A. Moscowitz
> Anne-Alise "Ali" Fritsche

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document has been served upon all counsel of record on the 29th day of January 2020 by electronic service:

> */s/Anne-Alise "Ali" Fritsche*
> Barry A. Moscowitz
> Anne-Alise "Ali" Fritsche