UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KARLTON A. MAYDWELL<br><br>  Plaintiff,<br>v.<br><br>CIARA FINANCIAL SERVICES, INC. d/b/a CLAY COOLEY AUTO GROUP,<br><br>  Defendant. | Case No.  3:19-cv-00051-BT<br><br>Honorable Magistrate Judge Rebecca Rutherford |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff KARLTON A. MAYDWELL, and the Defendant, CIARA FINANCIAL SERVICES, INC. d/b/a CLAY COOLEY AUTO GROUP, through their respective counsel that the above-captioned action is dismissed, with prejudice, against CIARA FINANCIAL SERVICES, INC. d/b/a CLAY COOLEY AUTO GROUP, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: April 1, 2020                                   Respectfully Submitted,

| | |
|---|---|
| **KARLTON MAYDWELL** | **CIARA FINANCIAL SERVICES, INC.** |
| /s/ Nathan C. Volheim | /s/ Anne-Alise Fritsche (*with consent*) |
| Nathan C. Volheim | Anne-Alise Fritsche |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Sulaiman Law Group, LTD | Thompson Coe Cousins and Irons LLP |
| 2500 S. Highland Avenue, Suite 200 | 700 North Pearl Street, 25th Floor |
| Lombard, Illinois 60148 | Dallas, Texas 75201 |
| Phone: (630) 575-8181 | Phone: (214) 871-2562 |
| Fax :(630) 575-8188 | Fax: (214) 871-8209 |
| nvolheim@sulaimanlaw.com | afritsche@thompsoncoe.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim_____
Nathan C. Volheim
